UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Case Number 14-14256
    Plaintiff    Hon. George Caram Steeh

-v-

MICHAELA DOAK-LUEVANOS

    Defendant

and

HOMESTEAD HOME HEALTH CARE, INC.
MICHIGAN DEPARTMENT OF TREASURY

    Garnishees
_____

## ORDER RESOLVING DEFENDANT'S OBJECTIONS TO GARNISHMENT

**THIS MATTER** having come before the Court upon Writs of Garnishment directed to Garnishees, Homestead Home Health Care, Inc. and the Michigan Department of Treasury; and Defendant having filed a Request for Hearing; and a hearing having been held on 3/3/2015; and the parties having reached a resolution and having placed same on the record: now therefore:

**IT IS HEREBY ORDERED** that Defendant's objections to garnishment as set forth in Defendant's Request for Hearing with respect to the Writs of Garnishment directed to Garnishees Homestead Home Health Care, Inc. and the Michigan Department of Treasury are hereby withdrawn.

**IT IS FURTHER ORDERED** that the Writ of Garnishment directed to the Michigan Department of Treasury is withdrawn by Plaintiff and shall be of no further force and effect.

**IT IS FURTHER ORDERED** that for all pay periods in January, February, March and April 2015, Garnishee, Homestead Home Health Care, Inc., shall withhold the sum of **-0-** from each of Defendant's biweekly pay checks.

**IT IS FURTHER ORDERED** that commencing with Defendant's first pay period in May 2015, Garnishee, Homestead Home Health Care, Inc., shall withhold from each of Defendant's biweekly pay checks to the sum of **$32.50 biweekly**, and shall forward said sum to the U.S. Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO 63179-0363. Said biweekly withholding shall continue until such time as the Judgment is satisfied in full, or until further order of this Court.

Dated: March 5, 2015          s/George Caram Steeh
                                                       United States District Judge

CERTIFICATE OF SERVICE

Copies of this document were served upon attorneys/parties
of record on date above by electronic and/or ordinary mail.

s/Marcia Beauchemin
Case Manager